Kevin C. Barrett, State Bar No. 8959
**GRAIF BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: 602-792-5700
Facsimile: 602-792-5710
Email Addresses:  kbarrett@gbmlawpc.com

Attorneys for Defendant
NGM Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY MOLDT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>NGM INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>            Defendants. | Case No. 2:16-cv-02828-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST RFA, INTERROGATORIES AND SECOND RFP (First Request)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1 and IA 7-1, the parties hereby submit the following Stipulation and Order for Extension of Defendant's Responses to Plaintiff's First RFA, Interrogatories and Second RFP (First Request) to extend the deadline to respond to these written discovery requests by three business days.

Defendant's responses to the above-referenced discovery requests are currently due July 12, 2017.  Pursuant to the agreement between the parties, Defendant's discovery responses may be extended by three business days, making the new deadline July 17, 2017.  Due to defense counsel's active litigation calendar and the recent holiday, in addition to Defendant's representative's busy schedule, Defendant is unable to respond to the discovery requests by the current deadline.  This short extension of time will allow Defendant to review and approve the discovery responses to ensure accuracy.

This is the first stipulation for extension of time for Defendant to respond to Plaintiff's First Set of Requests for Admissions, First Set of Interrogatories, and Second Set of Requests for Production. This short extension of time will not delay any deadlines in this matter.

DATED: July 12, 2017

LAW OFFICES OF STEVEN M. BURRIS          GRAIF BARRETT & MATURA, P.C.


By:  /s/  *Sam Benham*                                        By:   /s/ *Kevin C. Barrett*
     Sam Benham                                                          Kevin C. Barrett
     Attorneys for Plaintiff                                              Attorneys for Defendant
     Larry Moldt                                                            NGM Insurance Company


**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  7-13-2017


Submitted by:

GRAIF BARRETT & MATURA, P.C.


By:   /s/ Kevin C. Barrett
     Kevin C. Barrett
     Attorneys for Defendant
     NGM Insurance Company