Kevin C. Barrett, State Bar No. 8959
**GRAIF BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: 602-792-5700
Facsimile: 602-792-5710
Email Addresses: kbarrett@gbmlawpc.com
*Attorneys for Defendant*
*NGM Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY MOLDT, an individual, | Case No. 2:16-cv-02828-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE (FIRST REQUEST)** |
| NGM INSURANCE COMPANY, and DOES I through X, inclusive, | |
| Defendants. | (Hon. George Foley, Jr.) |

Defendant NGM Insurance Company ("NGM") requests a continuance of the Settlement Conference currently set for December 4, 2017 at 9:30 a.m. to February 2, 2018 at 9:00 am. Plaintiff agrees to stipulate to Defendants' request. No previous continuances have been granted.

DATED this 27th day of November, 2017.

**GRAIF BARRETT & MATURA, P.C.**

By: _____
Kevin C. Barrett
*Attorneys for Defendant*
*NGM Insurance Company*

LAW OFFICES OF STEVEN M. BURRIS

By: _____
Steven Burris, Esq.
*Attorneys for Plaintiff Larry Moldt*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/30/2017

Submitted by:

GRAIF BARRETT & MATURA, P.C.

By: _____
Kevin C. Barrett
*Attorneys for Defendant
NGM Insurance Company*

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and that a copy of same was deposited for mailing, first class mail, postage prepaid, to the following:

Steven Burris, Esq.
LAW OFFICES OF STEVEN M. BURRIS
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102

/s/ *Reanna Diehl*

4852-5177-8897, v. 1

3