Kevin C. Barrett, State Bar No. 8959
**BARRETT | MATURA**
8925 East Pima Center Parkway, Suite 100
Scottsdale, AZ 85258
Telephone: 602-792-5705
Facsimile: 602-792-5710
Email Addresses: kbarrett@barrettmatura.com

Attorneys for Defendant
NGM Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY MOLDT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NGM INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02828-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Larry Moldt and Defendant NGM Insurance Company hereby agree and stipulate that the Plaintiff's Complaint be dismissed in its entirety with prejudice, and the parties will bear their own attorneys' fees and costs.

DATED this 27th day of February 2018.

BARRETT | MATURA                    LAW OFFICES OF STEVEN M. BURRIS

By: /s/ Kevin C. Barrett            By: /s/ Steven M. Burris (with permission)
    Kevin C. Barrett                    Steven M. Burris
    Attorneys for Defendant             Attorneys for Plaintiff Larry Moldt
    NGM Insurance Company

## ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018